STATE OF NORTH CAROLINA v. DENNIS HANNAH

No. 108A82

(Filed 13 July 1982)

APPEAL pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals, 55 N.C. App. 583, 286 S.E. 2d 363 (1982), which found no error in the entry of judgment by *Judge Robert M. Burroughs* at the 1 April 1981 Session of Superior Court, GASTON County, upon the defendant's conviction for felonious larceny and felonious breaking or entering.

*Rufus L. Edmisten, Attorney General, by John R. B. Matthis, Special Deputy Attorney General and John F. Maddrey, Associate Attorney, for the State.*

*Malcolm R. Hunter, Assistant Appellate Defender, for the defendant-appellant.*

PER CURIAM.

The sole issue presented to this Court is whether the trial court erred in failing to instruct the jury on the lesser included offense of misdemeanor breaking or entering. The Court of Appeals found no error in the trial. Having carefully reviewed the majority opinion of the Court of Appeals, the dissent, the briefs and authorities on this issue, we conclude that the result reached and the legal principles applied by the Court of Appeals are correct. Consequently, the majority opinion of the Court of Appeals is

Affirmed.